# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**NANCY Y. AGUILAR, JESSICA CRUZ,
STEPHANIE I. GILL, CARLA SANTA,**

        **Plaintiffs,**

**-vs-**                                    **Case No.  6:10-cv-240-Orl-19DAB**

**REJUVENATION WEIGHTLOSS
CENTER, LLC,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on review of the Status Report filed by Plaintiff in which counsel reports that Defendant has completed a Chapter 7 bankruptcy proceeding and is now "closed and administered." (Doc. No. 33).  In view of the absence of a viable Defendant, it is **recommended** that the Complaint be dismissed and the matter be closed.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 19, 2011.

*David A. Baker*
_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy