## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

NANCY Y. AGUILAR, JESSICA CRUZ,
STEPHANIE I. GILL, CARLA SANTA,

    Plaintiffs,

vs.                                                       CASE NO. 6:10-CV-240-ORL-19DAB

REJUVENATION WEIGHTLOSS
CENTER, LLC,

    Defendant.

_____

### ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 34, filed January 11, 2011). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 34) is **ADOPTED and AFFIRMED.** The Status Report filed by the Plaintiff (Doc. No. 33, January 17, 2011) states that the Defendant has completed a Chapter 7 bankruptcy proceeding and is now "closed and administered." In view of the absence of a viable Defendant, the Complaint in this case (Doc. No. 1, filed February 10, 2010) is **DISMISSED**, and the Clerk of Court is **DIRECTED** to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   7th   day of February, 2011.

*/s/ Patricia C. Fawsett*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record